IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS BACA,

    Petitioner,                      No. CIV S-03-1685 DFL JFM P

    vs.

MICHAEL KNOWLES, Warden,

    Respondent.                   <u>ORDER</u>

/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 21, 2003, respondent was directed to file an answer and any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases. Respondent filed an answer and lodged state court transcripts. However, pages 653 - 666 of the Clerk's Transcript were not provided and may be relevant to the determination of the issues presented in the application. Respondent will be directed to provide these pages forthwith.

/////

/////

1  In accordance with the above, IT IS HEREBY ORDERED that within twenty days
2  from the date of this order, respondent shall file pages 653 - 666 of the Clerk's Transcript on
3  Appeal.
4  DATED: November 30, 2005.

UNITED STATES MAGISTRATE JUDGE

001; baca1685.tra