BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
MARY JO GRAVES
Senior Assistant Attorney General
WARD A. CAMPBELL
Supervising Deputy Attorney General
ERIC L. CHRISTOFFERSEN
Deputy Attorney General
State Bar No. 186094
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 324-5264
   Fax: (916) 324-2960
   Email: Eric.Christoffersen@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS BACA,**<br><br>                           Petitioner,<br><br>   v.<br><br>**MIKE KNOWLES, Warden,**<br><br>                           Respondent. | CIV S 03-1685 DFL JFM P<br><br>**NOTICE OF LODGING OF DOCUMENTS** |

TO: CLERK, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

Notice of Lodging

1

1  PLEASE TAKE NOTICE THAT, pursuant to the order of the District Court dated
2  November 30, 2005, Respondent is lodging Pages 653 - 666 of the Clerk's Transcript on Appeal with
3  the Clerk's Office:

4  Dated:  December 19, 2005

5  Respectfully submitted,

6  BILL LOCKYER
Attorney General of the State of California

7  ROBERT R. ANDERSON
Chief Assistant Attorney General

8  MARY JO GRAVES
9  Senior Assistant Attorney General

WARD A. CAMPBELL
10  Supervising Deputy Attorney General

11  /s/   Eric L. Christoffersen

12

13  ERIC L. CHRISTOFFERSEN
Deputy Attorney General

14  Attorneys for Respondent

Notice of Lodging

2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Baca v. Knowles*

No.:  **CIV S 03-1685 DFL JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>December 19, 2005</u>, I served the attached

**NOTICE OF LODGING OF DOCUMENTS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

**Kent A. Russell**
**Attorney at Law**
**Russell and Russell**
**2299 Sutter Street**
**San Francisco, CA  94115**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 19, 2005, at Sacramento, California.

*/s/*     D. Camargo
_____
Declarant

SA2003FH0234
30070746.wpd

Notice of Lodging

3