# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 3 0 2009

FILED_____
DOCKETED_____
         DATE    INITIAL

William K. Suter
Clerk of the Court
(202) 479-3011

January 26, 2009

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Louis Baca
        v. Mike Knowles, Warden
        No. 08-7446
        (Your No. 06-16104)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk